IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MALIBU MEDIA, LLC,** *Plaintiff,* | : : : | **CIVIL ACTION** |
| v. | : : | |
| **TERRELLE BRICKHOUSE,** *Defendant.* | : : | **NO. 18-3139** |

## ORDER

**AND NOW**, this 22nd day of August, 2019, upon consideration of Plaintiff's Motion for Entry of Default Judgment and Memorandum in Support (Doc. Nos. 22 and 23), it is **ORDERED** that the Motion (Docket No. 22) is **GRANTED in part** and **DENIED in part**. The Court orders the following relief:

1. Default Judgment is **ENTERED** against Defendant Terrelle Brickhouse;

2. Statutory damages in the amount of $3,000.00 are awarded to Malibu Media, LLC for Mr. Brickhouse's four infringements alleged in the amended complaint pursuant to 17 U.S.C. § 504(c)(1) ($750.00 for each infringement);

3. Costs and Attorneys' fees pursuant to 17 U.S.C. § 505 in the amount of $648.25 are awarded to Malibu Media, LLC.

4. Terrelle Brickhouse shall pay to Malibu Media, LLC post-judgment interest on the Court's award of $3,648.25 at the current legal rate allowed and accruing under 28 U.S.C. § 1961 as of the date of this Default Judgment until the date of its satisfaction;

5. A permanent injunction is entered against Terrelle Brickhouse as follows:

Terrelle Brickhouse is permanently enjoined from directly, contributorily or indirectly infringing Malibu Media, LLC's rights under federal or state law of Malibu Media, LLC's copyrighted works (the "Works"), including, without limitation, by using the internet, BitTorrent

or any other online media distribution system to reproduce (*e.g.*, download) or distribute the Works, or to make the Works available for distribution to the public, except pursuant to a lawful license or with express authority of Malibu Media, LLC.

Terrelle Brickhouse is ordered to destroy all copies of Malibu Media, LLC's Works that Terrelle Brickhouse has downloaded onto any computer hard drive or server without Malibu Media, LLC's authorization, and shall destroy all copies of the Works transferred onto any physical medium or device in Terrelle Brickhouse's possession, custody, or control.

6. The Clerk of Court shall mark this matter **CLOSED** for all purposes, including statistics.

BY THE COURT:

GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE